**GENESIS C. STEPHENS**
**384TH DISTRICT COURT, 500 E. SAN ANTONIO Ave. #906**
**(915)546-2134 (915)543-3882**
**gstephens@epcounty.com**

May 26, 2015

Court of Criminal Appeals
500 E. San Antonio Ave. #1203
El Paso, TX 79901

FILED IN ·
COURT OF CRIMINAL APPEALS

MAY 27 2015

Abel Acosta, Clerk

Re: Fidencio Valdez v. State of Texas
Appellate Cause Number: AP-77,042

I, Genesis C. Stephens, Official Court Reporter, certify to the Court that I am unable to file the reporter's record in the above styled and numbered case due June 1, 2015 due to my current case load. I am currently in trial and respectfully ask the Court to grant a 30-day extension of time. I have less than a thousand pages to complete. Thank you.

/s/Genesis C. Stephens
Genesis C. Stephens, TEXAS CSR #7835
Expires December 31, 2015